# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | Case No. 23-10576 (TMH) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*, | |
| Plaintiff, | |
| vs. | |
| MAINSTREAM INTERNATIONAL, INC., | Adv. Proc. No. 25-50841 (TMH) |
| NATCO PRODUCTS CORP., | Adv. Proc. No. 25-50845 (TMH) |
| PLUS MARK LLC, | Adv. Proc. No. 25-50855 (TMH) |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on August 20, 2025, I caused a copy of the following document to be served on the individuals on the service list attached hereto as **Exhibit A** in the manner indicated:

- *Amended Notice of and Amended First Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Preference Adversary Settlement Agreements* [Docket No. 916];

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

4932-9170-1601.2 57097.001

I, Peter J. Keane, hereby certify that on August 20, 2025, I caused a copy of the following document to be served on counsel for Defendant, Mainstream International, Inc. on the service list attached hereto as **Exhibit B** in the manner indicated:

- *Notice of and First Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Preference Adversary Settlement Agreements* [Adv. Proc. No. 25-50841 Docket No. 11];

I, Peter J. Keane, hereby certify that on August 20, 2025, I caused a copy of the following document to be served on counsel for Defendant, Natco Products Corp. on the service list attached hereto as **Exhibit C** in the manner indicated:

- *Notice of and First Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Preference Adversary Settlement Agreements* [Adv. Proc. No. 25-50845 Docket No. 11]; and

I, Peter J. Keane, hereby certify that on August 20, 2025, I caused a copy of the following document to be served on counsel for Defendant, Plus Mark, LLC on the service list attached hereto as **Exhibit D** in the manner indicated:

- *Notice of and First Omnibus Motion of George L. Miller, Chapter 7 Trustee, to Approve Preference Adversary Settlement Agreements* [Adv. Proc. No. 25-50855 Docket No. 9].

> */s/ Peter J. Keane*
> Peter J. Keane (DE Bar No. 5503)

# EXHIBIT A

**2002 Service List**
    **1. Service Via E-mail**

| | | |
|---|---|---|
| Counsel to Mainstream:<br>Lowenstein Sandler LLP<br>Brittany M. Clark<br>Eric S. Chafetz<br>BClark@lowenstein.com<br>EChafetz@lowenstein.com | Counsel to Natco:<br>Partridge Snow & Hahn LLP<br>Daniel Burgoyne<br>dburgoyne@psh.com | Counsel to Plus Mark:<br>BakerHostetler<br>Adam Fletcher<br>afletcher@bakerlaw.com |
| Ainslie Vorel<br>ahvorel@gmail.com | Amanda Best<br>amandabest_us@yahoo.com | Ashby & Geddes, P.A. Gregory A. Taylor and Michael D. DeBaecke<br>gtaylor@ashbygeddes.com;<br>mdebaecke@ashbygeddes.com |
| Ballard Spahr LLP Dustin P. Branch, Jessica M. Simon and Nahal Zarnighian<br>branchd@ballardspahr.com;<br>simonjm@ballardspahr.com;<br>zarnighiann@ballardspahr.com | Ballard Spahr LLP Leslie C. Heilman, Laurel D. Roglen and Margaret A. Vesper<br>heilmanl@ballardspahr.com;<br>roglenl@ballardspahr.com;<br>vesperm@ballardspahr.com | Benesch, Friedlander, Coplan & Aronoff LLP Kevin M. Capuzzi and John C. Gentile<br>kcapuzzi@beneschlaw.com;<br>jgentile@beneschlaw.com |
| Betania Neto<br>betanianeto1@gmail.com | Bowditch & Dewey Mark W. Powers<br>mpowers@bowditch.com | Bradley W Snyder<br>Bradley.Snyder@YMail.com |
| Brookfield Properties Retail Inc., as Agent Kristen N. Pate<br>bk@bpretail.com | BSREP II CYPRESS MT LLC Julie Minnick Bowden<br>julie.bowden@bpretail.com | Buchanan Ingersoll & Rooney PC Geoffrey G. Grivner<br>geoffrey.grivner@bipc.com |
| Calhoun Law Firm Joe D. Calhoun<br>Joe.Calhoun@CalhounLawFirm.com | Capreece Taylor<br>capreecetaylor@gmail.com | Chipman Brown Cicero & Cole, LLP Mark Desgrosseilliers<br>desgross@chipmanbrown.com |
| Christa Ciezobka<br>cciezobka@gmail.com | Connecticut Attorney General Attn Bankruptcy Department<br>attorney.general@ct.gov | Cozen O'Connor John T. Carroll, III<br>jcarroll@cozen.com |
| Daniel M Kane<br>DKane@TigerGroup.com | Delaware Attorney General Attn Bankruptcy Department<br>attorney.general@state.de.us | Delaware Dept of Justice Attorney General<br>attorney.general@state.de.us;<br>attorney.general@delaware.gov |
| Delaware Secretary of State Division of Corporations<br>dosdoc_bankruptcy@state.de.us | Delaware State Treasury<br>statetreasurer@state.de.us | Duane Morris LLP Lawrence J. Kotler<br>ljkotler@duanemorris.com |
| Edel Corrigan<br>edeljoanne@gmail.com | Elizabeth Strabley<br>estrabley@verizon.net | Faegre Drinker Biddle & Reath LLP Joseph N. Argentina, Jr.<br>joseph.argentina@faegredrinker.com |
| FGX International Inc. Hinckley Allen & Snyder LLP<br>odoherty@hinckleyallen.com | Florida Attorney General Attn Bankruptcy Department<br>citizenservices@myfloridalegal.com;<br>oag.civil.eserve@myfloridalegal.com | Frost Brown Todd LLP Ronald E. Gold and A.J. Webb<br>rgold@fbtlaw.com;<br>awebb@fbtlaw.com |
| Gaellyn Ridler<br>Gaellyns@gmail.com | Gellert Scali Busenkell & Brown, LLC Charles J. Brown, III, Michael Busenkell, and Amy D. Brown<br>cbrown@gsbblaw.com;<br>mbusenkell@gsbblaw.com;<br>abrown@gsbblaw.com | Geoffrey Lewis<br>GHLewis18@GMail.com |
| Georgia Attorney General Attn Bankruptcy Department<br>Agcarr@law.ga.gov | Goulston & Storrs PC Douglas B. Rosner<br>drosner@goulstonstorrs.com | Greenberg Traurig, LLP Anthony W. Clark and Dennis A. Meloro<br>Anthony.Clark@gtlaw.com;<br>Dennis.Meloro@gtlaw.com |

4932-9170-1601.2 57097.001

| | | |
|---|---|---|
| Greenberg Traurig, LLP Brian E. Greer and Leo Muchnik greerb@gtlaw.com; muchnikl@gtlaw.com | Greenberg Traurig, LLP Jeffrey M. Wolfe Jeffrey.Wolf@gtlaw.com; greerb@gtlaw.com | Hackett Feinberg P.C. James M. Liston and Jacqueline M. Price jml@bostonbusinesslaw.com; jmp@bostonbusinesslaw.com |
| Hallmark Cards, Incorporated Legal Division becky.long@hallmark.com | Hinckley, Allen & Snyder LLP Jennifer V. Doran jdoran@hinckleyallen.com | Hogan McDaniel Garvan F. McDaniel gfmcdaniel@dkhogan.com |
| Indiana Attorney General Attn Bankruptcy Department info@atg.in.gov | Internal Revenue Service Attn Susanne Larson SBSE.Insolvency.Balt@irs.gov | Jacqueline Stevens jstevens705@gmail.com |
| Julia Markowitz julialmarkowitz@gmail.com | Kasen & Kasen, P.C. c/o Jenny R. Kasen jkasen@kasenlaw.com | Kentucky Attorney General Attn Bankruptcy Department attorney.general@ag.ky.gov |
| Kirkland & Ellis LLP Joshua A. Sussberg joshua.sussberg@kirkland.com | Krysten Gutierrez krystennj@gmail.com | Kurtzman Steady, LLC Jeffrey Kurtzman kurtzman@kurtzmansteady.com |
| Landis Rath & Cobb LLP Kimberly A. Brown and Howard W. Robertson IV brown@lrclaw.com; robertson@lrclaw.com | Leslie Rossi leslierossi129@gmail.com | Maine Attorney General Attn Bankruptcy Department attorney.general@maine.gov |
| Mainstream International Corp. David Bennett dbennett@mainstreamintl.com | Marshall Dennehey Warner Coleman & Goggin M. Claire McCudden MCMcCudden@MDWCG.com | Martone & Associates, LLC Christopher S. Martone martonelaw@gmail.com |
| Maryland Attorney General Attn Bankruptcy Department oag@oag.state.md.us | McElroy, Deutsch, Mulvaney & Carpenter, LLP David P. Primack dprimack@mdmc-law.com | Michael Berger michaeldberger@yahoo.com |
| Michele Olbrys MLOLbrys9@gmail.com | Michigan Attorney General Attn Bankruptcy Department miag@michigan.gov | Michigan Dept of Treasury Heather L. Donald donald@michigan.gov |
| Mirick, OConnell, DeMallie & Lougee, LLP Paul W. Carey pcarey@mirickoconnell.com | Monzack Mersky and Browder, P.A. Rachel B. Mersky rmersky@monlaw.com | Murphy & King, Professional Corporation Harry Murphy & Christopher Condon HMurphy@murphyking.com; CCondon@murphyking.com |
| New Hampshire Attorney General Attn Bankruptcy Department attorneygeneral@doj.nh.gov | New Jersey Attorney General Attn Bankruptcy Department Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov | New York Attorney General Attn Bankruptcy Department Louis.Testa@ag.ny.gov; letitia.james@ag.ny.gov robert.rock@ag.ny.gov |
| Nicole Quinn Nicoleb430@gmail.com | North Carolina Attorney General Attn Bankruptcy Department ncago@ncdoj.gov | Office of the United States Trustee Delaware Benjamin Hackman Benjamin.A.Hackman@usdoj.gov |
| Ohio Attorney General Attn Bankruptcy Department Kristin.Radwanick@OhioAGO.gov | PA Eastway, Inc. Lindsey M. Harrison Madgar LMadgar@cafarocompany.com | Pam Roberts pmalroberts@gmail.com |
| Pennsylvania Attorney General Attn Bankruptcy Department info@attorneygeneral.gov | Pierce Atwood LLP Alex F. Mattera amattera@PierceAtwood.com | Porzio, Bromberg & Newman, P.C. Warren J. Martin Jr., Robert M. Schechter and Rachel A. Parisi wjmartin@pbnlaw.com; rmschechter@pbnlaw.com; raparisi@pbnlaw.com |
| REO FUNDIT 1 ASSET LLC annac@cre-pro.com | Rhode Island Attorney General Attn Bankruptcy Department ag@riag.ri.gov | Riemer & Braunstein LLP Paul D. Bekker pbekker@riemerlaw.com |

| Riemer & Braunstein LLP Steven E. Fox<br>sfox@riemerlaw.com;<br>pbekker@riemerlaw.com | Ropes & Gray LLP Gregg M. Galadri<br>Gregg.Galardi@ropesgray.com | Ropes & Gray LLP Jeramy D. Webb<br>jeramy.webb@ropesgray.com |
|---|---|---|
| Securities & Exchange Commission NY Regional Office<br>bankruptcynoticeschr@sec.gov;<br>nyrobankruptcy@sec.gov | Securities & Exchange Commission PA Regional Office<br>philadelphia@sec.gov | Securities & Exchange Commission Secretary of the Treasury<br>SECBankruptcy-OGC-ADO@SEC.GOV;<br>secbankruptcy@sec.gov |
| Simon Property Group, Inc. Attn: Ronald M. Tucker<br>rtucker@simon.com | Sirlin Lesser & Benson, P.C. Dana S. Plon<br>dplon@sirlinlaw.com | South Carolina Attorney General Attn Bankruptcy Department<br>bankruptcy@scag.gov |
| Stark & Stark, P.C. Joseph H. Lemkin and Thomas S. Onder<br>jlemkin@stark-stark.com;<br>tonder@stark-stark.com | Stern & Eisenberg, PC Daire Pyle<br>dpyle@sterneisenberg.com | Subin Associates, LLP Lee Huttner, Jean Marie Gaziano, Bianca Cacace, Mahvish Shah<br>LHuttner@subinlaw.com;<br>jmg@subinlaw.com;<br>MShah@subinlaw.com |
| Tarra Nelan<br>tjcostine@gmail.com | Tenenbaum & Saas, P.C. Bradshaw Rost<br>BRost@tspclaw.com | Tom Tedone<br>tom0157@aol.com |
| Troutman Pepper Hamilton Sanders LLP<br>Evelyn Meltzer<br>evelyn.meltzer@troutman.com | US Attorney for District of Delaware US Attorney for Delaware<br>usade.ecfbankruptcy@usdoj.gov | Vermont Attorney General Attn Bankruptcy Department<br>ago.info@vermont.gov |
| Victoria Patella<br>vatp8675@yahoo.com | Virginia Attorney General Attn Bankruptcy Department<br>mailoag@oag.state.va.us | Wendy DiSanto<br>hawksw17@gmail.com |
| Wells Fargo Plaza Partners LLC; Avi West Falls Plaza LLC; Eli West Falls Plaza LLC<br>M. David Graubard<br>dgraubard@keragraubard.com | Womble Bond Dickinson (US) LLP Matthew P. Ward, Morgan L. Patterson and Lisa Bittle Tancredi<br>matthew.ward@wbd-us.com;<br>morgan.patterson@wbd-us.com;<br>lisa.tancredi@wbd-us.com | |
| Workday Inc Rob Smith<br>rob.smith@workday.com | Jeffrey Barney<br>jeffb10@optonline.net | |

2. **Service Via First Class Mail**

ACCERTIFY INC
C/O BECKET & LEE LLP
PO BOX 3002
MALVERN PA 19355-0702

AMEX TRS CO INC
C/O BECKET & LEE LLP
SHRADDHA BHARATIA
PO BOX 3001
MALVERN PA 19355-0701

BANC OF AMERICA LEASING & CAPITAL LLC
3400 PAWTUCKET AVE
RIVERSIDE RI 02915

CHRISTMAS TREE SHOPS
64 LEONA DRIVE
MIDDLEBORO MA 02346

FGX INTERNATIONAL INC
500 GEORGE WASHINGTON HWY
SMITHFIELD RI 02917

HALLMARK MARKETING COMPANY LLC
2501 MCGEE TRAFFICWAY MD 339
KANSAS CITY MO 64108

| | | |
|---|---|---|
| HUNTINGTON TECHNOLOGY FINANCE INC<br>2285 FRANKLIN RD STE 100<br>BLOOMFIELD HILLS MI 48302 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>PHILADELPHIA PA 19104 |
| MEYERS RODBELL & ROSENBAUM PA<br>NICOLE C KENWORTHY<br>6801 KENILWORTH AVENUE SUITE 400<br>RIVERDALE MD 20737-1385 | | |

4932-9170-1601.2 57097.001

# EXHIBIT B

**Service by email**

**Counsel to Mainstream:**
Brittany M. Clark
Lowenstein Sandler LLP
BClark@lowenstein.com

Eric S. Chafetz
Lowenstein Sandler LLP
EChafetz@lowenstein.com

## EXHIBIT C

**Service by email**

**Counsel to Natco:**
Daniel Burgoyne
Partridge Snow & Hahn LLP
dburgoyne@psh.com

## EXHIBIT D

**Service by email**

**Counsel to Plus Mark:**
Adam Fletcher
BakerHostetler
Cleveland, OH 44114-1214
afletcher@bakerlaw.com